JS 44C/SDNY
REV. 12/2004

JUDGE BATTS CIVIL COVER SHEET 05 CV 1964

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Pfizer Inc | John Does 1-10, d/b/a CanadianPharmacy |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022 (212-230-8800) | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Trademark infringement arising under 15 U.S.C. § 1114(1)
Unfair competition arising under 15 U.S.C. § 1125(a)
Trademark dilution arising under 15 U.S.C. § 1125(c)

RECEIVED
FEB - 9 2005
U.S.D.C. S.D. N.Y.
CASHIERS

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐ Judge Previously Assigned

If yes, was this case Vol.☐ Invol. ☐ Dismissed. No☐ Yes ☐ If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*          NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[x] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

_Check if demanded in complaint:_

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER _____ JUDGE _____ DOCKET NUMBER_____

_Check YES only if demanded in complaint_
JURY DEMAND: ☐ YES ☒ NO     NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| *(PLACE AN x IN ONE BOX ONLY)* | | | | **ORIGIN** | | |
|---|---|---|---|---|---|---|

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from (Specify District)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge Judgment

| *(PLACE AN x IN ONE BOX ONLY)* | **BASIS OF JURISDICTION** | **IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)** |
|---|---|---|

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Pfizer Inc
235 East 42nd Street
New York, NY 10017

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Unknown

DEFENDANT(S) ADDRESS UNKNOWN
   REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

John Does 1-10, d/b/a CanadianPharmacy

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE 02/09/05 | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT [ ] NO [x] YES (DATE ADMITTED Mo. 05  Yr. 1973 ) |
|---|---|---|
| RECEIPT # | | Attorney Bar Code # 1339613 |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

OFFICE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC, a Delaware Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DOES 1-10 d/b/a<br>CANADIANPHARMACY, )<br><br>Defendants. ) | 05 CV 1964<br><br>**COMPLAINT** |

RECEIVED FEB - 9 2005 U.S.D.C. S.D.N.Y. CASHIERS

PFIZER INC ("Pfizer") by its attorneys, for its Complaint against Defendants JOHN

DOES 1-10 d/b/a CANADIANPHARMACY (collectively "Defendants"), alleges as follows:

### NATURE OF THE ACTION

1. This is an action by Pfizer against Defendants for:

    a)    trademark infringement arising under 15 U.S.C. § 1114(1);

    b)    unfair competition arising under 15 U.S.C. § 1125(a);

    c)    trademark dilution arising under 15 U.S.C. § 1125(c);

    d)    trademark infringement and unfair competition in violation of New York

common law;

    e)    injury to business reputation and dilution in violation of Section 360-1 of

the New York General Business Law; and

    f)    deceptive trade practices in violation of Section 349 of the New York

General Business Law.

## THE PARTIES

2.      Pfizer Inc is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at 235 East 42nd Street, New York, New York 10017.

3.      The true names and capacities of Defendants named herein as John Does 1 through 10 are unknown to Pfizer. Defendants operate an Internet pharmacy and are doing business as "CanadianPharmacy" located at "http://www.cndpharmacy.com." At the interactive <cndpharmacy.com> website, Defendants advertise, promote, offer for sale, sell and distribute an alleged sildenafil product as "VIAGRA" in United States commerce, including within this judicial district. The <cndpharmacy.com> website does not provide contact information for the Defendants. Upon information and belief, the Defendants submitted false contact information to the domain name Registrar when they registered the <cndpharmacy.com> website. Pfizer believes that information obtained in discovery will lead to the identification of each Defendant's true name and permit Pfizer to amend this Complaint to state the same.

## JURISDICTION AND VENUE

4.      This Court has original jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a).

5.      This Court has personal jurisdiction over Defendants pursuant to CPLR 302(a) because they are transacting business and committing tortious acts within the State of New York and this judicial district.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

### PFIZER'S BUSINESS AND ITS FEDERALLY REGISTERED TRADEMARKS

7.     Pfizer is one of the world's leading health care companies that, among other things, discovers, develops and markets ethical drugs that are sold under Pfizer brand names. Pfizer has invested enormous sums of money in research and development to establish and bring to market a wide variety of innovative pharmaceutical products, and in the process has created a strong reputation for the high quality and effectiveness of its pharmaceuticals.

8.     In one instance, Pfizer expended extensive resources on research and development of a new drug having the generic chemical name sildenafil citrate, the first approved oral medication for erectile dysfunction. Pfizer chose the brand name VIAGRA® for this medication. Erectile dysfunction is a serious medical condition estimated to affect more than 20 million men in the United States and over 100 million men worldwide. The availability of Pfizer's VIAGRA® brand sildenafil citrate, taken as a single tablet, represents a major medical breakthrough. This is evidenced by the Food and Drug Administration's ("FDA") expedited review and approval of this product in only six months.

9.     The FDA approved Pfizer's VIAGRA® brand oral therapy for erectile dysfunction on March 27, 1998; and since shortly thereafter, Pfizer has marketed sildenafil citrate in the United States exclusively under its registered trademark VIAGRA®.

10.     Even prior to FDA approval, Pfizer's VIAGRA® product received enormous media attention, including a cover story in Newsweek magazine and discussions on such popular television programs as "20/20" and "Today." The approval was highly publicized, including front-page coverage in the New York Times the following day, and feature articles in other major publications such as USA Today. Since then, VIAGRA® brand sildenafil citrate has been the subject of intense media attention, public scrutiny and commentary. By virtue of this extensive publicity, and Pfizer's own post-approval advertising, promotion and consumer

3

education, Pfizer's VIAGRA® trademark became famous almost immediately after FDA approval in the spring of 1998.

11.    Pfizer is the owner of United States Trademark Registration No. 2,162,548 for the trademark VIAGRA® covering a "compound for treating erectile dysfunction" claiming first use in commerce on April 6, 1998. The United States Patent and Trademark Office ("PTO") issued the VIAGRA registration on June 2, 1998. This federal trademark registration is valid, unrevoked, uncancelled and incontestable. A copy of Pfizer's VIAGRA® trademark registration is attached hereto as Exhibit A.

12.    Pfizer's VIAGRA® trademark is a fanciful term having no denotative meaning. The mark is inherently distinctive both to the trade and the consuming public.

13.    Pfizer's VIAGRA® trademark is universally recognized and relied upon as identifying Pfizer as the sole source of the drug, and as distinguishing Pfizer's product from the goods and services of others. As a result, the VIAGRA® trademark has acquired substantial goodwill and is an extremely valuable commercial asset.

14.    Pfizer's VIAGRA® trademark is a famous and arbitrary mark which qualifies for the broadest scope of protection from infringement and unauthorized use available under law.

15.    In addition to the VIAGRA® trademark, Pfizer owns United States Trademark Registration No. 2,593,407, for its blue, diamond-shaped tablet configuration covering a "pharmaceutical preparation for the treatment of sexual dysfunction" (hereinafter the "blue, diamond-shaped tablet trademark"). This registration, which was issued by the PTO on July 16, 2002, is valid, unrevoked and uncanceled. A copy of Pfizer's blue, diamond-shaped tablet trademark registration is attached hereto as Exhibit B.

4

16.    Pfizer's blue, diamond-shaped tablet trademark has been in use since April 6, 1998, and has become a highly distinctive identifier of Pfizer's VIAGRA® brand sildenafil citrate product.

## DEFENDANTS' UNLAWFUL CONDUCT

17.    Defendants operate an online pharmacy under the name "CanadianPharmacy" via an interactive website located at <cndpharmacy.com>.  Upon information and belief, Defendants used fictitious business and personal names and addresses to register the <cndpharmacy.com> domain name and operate the CanadianPharmacy Internet pharmacy.  For example, upon information and belief, Defendants represented to the directNIC Registrar that the Registrant is "CND Meds" and provided 321 W. 55th Street, New York, NY 10019, (647) 210-6337 as the address and telephone number.  Upon information and belief, there is no entity named "CND Meds" located at this New York address or through this telephone number.  Upon information and belief, Defendants also listed "Jeff Smart" as the administrative and technical contact with the same New York City address as "CND Meds".  Upon information and belief, this identity is fictitious and was acquired by identity theft.  Upon information and belief, the New York City contact address and telephone number for "Jeff Smart" provided to the directNIC.com Registrar are invalid.

18.    Upon information and belief, Defendants are sophisticated, large scale spammers who use Pfizer's VIAGRA® trademark in their spam to solicit consumers to visit the <cndpharmacy.com> website.  Upon information and belief, Defendants' "spam" contains falsified information and is routed through open proxies and hijacked computers around the world.

19.    On and through the <cndpharmacy.com> website and spam, Defendants use Pfizer's federally registered VIAGRA® trademark to offer for sale, advertise, promote and sell

5

an alleged sildenafil citrate product. On the <cndpharmacy.com> website and spam, Defendants

also use Pfizer's blue, diamond-shaped tablet trademark, without Pfizer's consent, to promote

and advertise Defendants' alleged sildenafil citrate product. A copy of pages from Defendants'

<cndpharmacy.com> website, printed on February 8, 2005, is attached hereto as Exhibit C.

  20.  On the <cndpharmacy.com> website, Defendants claim that their purported

"VIAGRA" product is "a phosphodiesterase inhibitor used to treat sexual function problems such

as impotence or erectile dysfunction." Defendants feature their alleged "VIAGRA" product on

the <cndpharmacy.com> homepage, noting it as one of the online pharmacy's six "most popular

products." Upon information and belief, the product sold by Defendants under the federally

registered VIAGRA® trademark is not Pfizer's genuine VIAGRA® brand sildenafil citrate.

Defendants' use of the VIAGRA® mark and the blue, diamond-shaped tablet trademark in

connection with a product that is not Pfizer's genuine VIAGRA® brand sildenafil citrate is

unauthorized.

  21.  Defendants' interactive website lists three different quantities of the purported

VIAGRA product that are available for sale, ranging from 20 to 90 tablets and ranging in price

from $159.00 to $389.00. After an online consumer orders the product by clicking "BUY

NOW" and filling out an online form, the purported "VIAGRA" product is shipped directly to

the consumer, including consumers in this judicial district. Upon information and belief, nothing

on the <cndpharmacy.com> website indicates to the consumer that he or she is not ordering

Pfizer's genuine VIAGRA® brand sildenafil citrate. Upon information and belief, Defendants

fill online orders with pills that are manufactured by third parties not affiliated with Pfizer.

  22.  Upon information and belief, Defendants' purported sildenafil citrate product has

not been approved by the FDA for sale in the United States, has not been approved by the FDA

as "bioequivalent" to Pfizer's VIAGRA® brand sildenafil citrate product, and the manufacturing

6

facilities that produce Defendants' product have not been approved by the FDA for the manufacture of any purported sildenafil citrate product.

23.    Defendants' sale and import into the United States of the purported sildenafil citrate product is in violation of United States law including, but not limited to, the Federal Food, Drug and Cosmetic Act, 21 U.S.C. § 301 et. seq., 21 U.S.C. § 381(d)(i) [importation into the United States by anyone other than the manufacturer], 21 U.S.C. § 355 [unapproved drug], 21 U.S.C. § 352 [improper or unapproved labeling], and/or 21 U.S.C. § 353(b)(1) [dispensed without a valid prescription].

24.    Furthermore, upon information and belief, the purported sildenafil citrate product sold by Defendants is not manufactured in the United States but imported from a country or countries in contravention to the General Exclusion Order entered on February 6, 2004, by the United States International Trade Commission, In the Matter of Certain Sildenafil or Any Pharmaceutically Acceptable Salt Thereof, such as Sildenafil Citrate, and Products Containing Same, Inv. No. 337-TA-489.

25.    Defendants' use of the "VIAGRA" trademark and blue, diamond-shaped tablet trademark as described herein is unauthorized. Defendants intentionally use Pfizer's registered trademarks to compete directly and unfairly with the products and services offered under Pfizer's federally registered marks. Defendants' actions dilute the distinctive quality of the famous VIAGRA® trademark, injure Pfizer's reputation as the source of high quality pharmaceutical products, and is a willful and deliberate attempt to trade unlawfully upon the goodwill associated with the VIAGRA® mark and blue, diamond-shaped tablet trademark.

7

## FIRST CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT

26.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

27.    Defendants' unauthorized use in commerce of the VIAGRA® trademark in connection with the advertising, sale, offering for sale, and distribution of a purported sildenafil citrate product, is likely to cause consumer confusion as to the source, sponsorship or affiliation of its products with Pfizer.

28.    The aforesaid activities of Defendants constitute trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

29.    The acts of Defendants have been intentional, willful and in bad faith.

30.    The acts of Defendants have caused and are causing great and irreparable harm and damage to Pfizer, and unless permanently restrained and enjoined by this Court, such irreparable harm will continue.

31.    Pfizer is entitled to recover as damages Defendants' profits from their sale of their purported "VIAGRA" product.

## SECOND CLAIM FOR RELIEF
## FEDERAL UNFAIR COMPETITION

32.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

33.    Defendants are using in commerce the VIAGRA® trademark and the blue, diamond-shaped tablet trademark in connection with the advertising, sale, offering for sale and distribution of a purported sildenafil citrate product.

34.    These aforesaid activities constitute the use of words, terms, names, symbols and devices and combinations thereof, false designations of origin and false and misleading representations of fact that are likely to cause confusion or to cause mistake or to deceive as to

8

the affiliation, connection or association of Defendants with Pfizer, or as to the origin,
sponsorship or approval of Defendants' goods, services or other commercial activities by Pfizer.

35.    Upon information and belief, Defendants had actual knowledge of Pfizer's
ownership of the VIAGRA® trademark and the blue, diamond-shaped tablet trademark and
Defendants are committing the foregoing acts with full knowledge that they are infringing upon
Pfizer's rights.

36.    Defendants' activities as set forth above constitute violations of Section 43(a) of
the Lanham Act, 15 U.S.C. § 1125(a).

37.    Defendants have acted willfully, intentionally and in bad faith.

38.    The acts of Defendants have caused and are causing great and irreparable harm
and damage to Pfizer, and unless permanently restrained and enjoined by this Court, such
irreparable harm will continue.

39.    Pfizer is entitled to recover as damages Defendants' profits from their sale of their
purported "VIAGRA" product.

### THIRD CLAIM FOR RELIEF
### FEDERAL DILUTION

40.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

41.    Pfizer's VIAGRA® trademark is famous and distinctive.

42.    Defendants' use in commerce of the VIAGRA® trademark is without the
permission, consent or authorization of Pfizer and is likely to dilute by blurring the reputation of
Pfizer's unique, distinctive and famous trademark, thereby diminishing its value.

43.    Defendants commenced the use of the VIAGRA trademark after Pfizer's
VIAGRA® mark became famous.

9

44.    Upon information and belief, Defendants' adoption and use of the VIAGRA®
trademark was undertaken in bad faith and in disregard of the resultant damage and injury to
Pfizer and its VIAGRA® trademark.

45.    The acts of Defendants constitute dilution of the distinctive quality of the famous
VIAGRA® trademark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

46.    The acts of Defendants have been intentional, willful and committed in bad faith.

47.    The acts of Defendants have caused and are causing great and irreparable harm
and damage to Pfizer and, unless preliminarily and permanently restrained and enjoined by this
Court, such irreparable harm will continue.

### FOURTH CLAIM FOR RELIEF
### COMMON LAW TRADEMARK INFRINGEMENT

48.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

49.    The acts of Defendants constitute trademark infringement in violation of New
York common law.

50.    The acts of Defendants have caused and are continuing to cause great and
irreparable harm to Pfizer and, unless permanently restrained and enjoined by this Court, such
irreparable harm will continue.

### FIFTH CLAIM FOR RELIEF
### COMMON LAW UNFAIR COMPETITION

51.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

52.    The acts of Defendants constitute unfair competition in violation of New York
common law.

53.    The acts of Defendants have caused and are continuing to cause great and
irreparable harm to Pfizer and, unless permanently restrained and enjoined by this Court, such
irreparable harm will continue.

10

## SIXTH CLAIM FOR RELIEF
## INJURY TO BUSINESS REPUTATION AND
## DILUTION UNDER NEW YORK LAW

54.    Pfizer repeats the allegations of paragraphs 1 through 25 of its Complaint.

55.    Defendants' aforesaid acts constitute injury to business reputation and dilution of the quality of Pfizer's distinctive VIAGRA® mark in violation of Section 360-1 of the New York General Business Law.

56.    Upon information and belief, Defendants' adoption and use of the VIAGRA® mark is intended to appropriate and trade upon the goodwill and reputation associated with Pfizer's famous VIAGRA® trademark, and was undertaken in bad faith and in disregard of the resultant damage and injury to Pfizer and its trademark.

57.    Defendants' aforesaid acts have caused and are causing great and irreparable harm and damage to Pfizer, and unless preliminarily and permanently restrained by this Court, said irreparable injury will continue.

## SEVENTH CLAIM FOR RELIEF
## DECEPTIVE TRADE PRACTICES UNDER NEW YORK LAW

58.    Pfizer hereby repeats the allegations of paragraphs 1 through 25 of its Complaint.

59.    Defendants' aforesaid acts constitute deceptive trade practices in violation of Section 349 of the New York General Business Law.

60.    Defendants' aforesaid acts were committed willfully.

61.    Defendants' aforesaid acts have caused and are causing great and irreparable harm and damage to Pfizer, and unless preliminarily and permanently restrained by this Court, said irreparable injury will continue.

## PRAYER FOR RELIEF

WHEREFORE, Pfizer respectfully requests judgment against Defendants as follows:

11

A.    Preliminarily and permanently enjoining and restraining Defendants and their respective partners, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendants from:

       1.    Using the designation VIAGRA®, or any other mark, term or title confusingly similar to the VIAGRA® trademark, in connection with the marketing, sale, offering for sale, advertisement or promotion (including on the Internet) of pharmaceutical, medical, or healthcare products;

       2.    Using the blue, diamond-shaped tablet trademark, or any other mark, term or design confusingly similar to the blue, diamond-shaped tablet trademark, in connection with the marketing, sale, offering for sale, advertisement, or promotion (including on the Internet) of pharmaceutical, medical, or healthcare products;

       3.    Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive purchasers into believing that Defendants' products originate with or are the products of Pfizer or that there is any affiliation or connection between Pfizer and its products and Defendants or their products, and from otherwise competing unfairly with Pfizer;

       4.    Falsely claiming or otherwise implying any product they sell is the same as, equivalent to, as effective as, a substitute for, or a replacement for VIAGRA® brand sildenafil citrate;

       5.    Using any mark in a manner so as to cause the dilution of the distinctive quality of Pfizer's VIAGRA® trademark; and

       6.    Registering or using any Internet domain name that uses the

12

VIAGRA® mark, or any colorable imitation thereof.

B.      Directing that Defendants, at their own expense, recall all products and marketing, promotional and advertising materials and deactivate any websites that bear or incorporate the VIAGRA® mark, the blue, diamond-shaped tablet registration, or any mark confusingly similar to Pfizer's trademarks, which have been manufactured, distributed, sold or shipped by them, and to reimburse all customers from which said materials are recalled.

C.      Directing that Defendants deliver to Pfizer's attorneys or representatives for destruction all products, labels, signs, prints, packages, molds, plates, dies, wrappers, receptacles and advertisements in their possession or under their control, bearing the VIAGRA® mark, the blue, diamond-shaped tablet trademark, or any simulation, reproduction, copy or colorable imitation of Pfizer's trademarks, and all plates, molds, matrices and any other means of making the same.

D.      Directing such other relief as the Court may deem appropriate to prevent the trade and public from forming any erroneous impression that any product manufactured, sold or otherwise distributed or promoted by Defendants is authorized by Pfizer or related in any way to Pfizer's products.

E.      Directing Defendants to file with this Court and to serve upon Pfizer within thirty (30) days after service upon Defendants of an injunction in this action, a written report by Defendants, under oath, setting forth in detail the manner in which Defendants have complied with the injunction.

F.      Awarding Pfizer as damages Defendants' profits from their sale of the purported sildenafil citrate product.

G.      Awarding Pfizer all damages permitted by 15 U.S.C. § 1117(a), trebled.

13

H.     Awarding Pfizer all damages permitted by 15 U.S.C. § 1117(d).

I.     Awarding Pfizer damages by reason of Defendants' acts of common law

trademark infringement in an amount to be established at trial.

J.     Awarding Pfizer punitive damages by reason of Defendants' willful, intentional

and malicious acts of common law trademark infringement and unfair competition, in an

amount to be established at trial.

K.     Awarding Pfizer reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a), and

the costs of this action.

L.     Awarding Pfizer such further relief as this Court deems just and proper.

Dated: New York, New York
       February 9, 2005


                            Respectfully submitted,

                            WILMER CUTLER PICKERING
                            HALE and DORR LLP


                            Nels T. Lippert (NL-2581)
                            Dyan Finguerra-DuCharme (DF-9228)
                            Caren Khoo (CK-2972)
                            399 Park Avenue
                            New York, New York  10022
                            Tel. 212-230-8800
                            Fax. 212-230-8888

                            Attorneys for Plaintiff Pfizer Inc


                                    14

A



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are a part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



Commissioner of Patents and Trademarks

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

Reg. No. 2,162,548

## United States Patent and Trademark Office

Registered June 2, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## VIAGRA

PFIZER INC. (DELAWARE CORPORATION)
235 EAST 42ND STREET
NEW YORK, NY 10017

FOR: COMPOUND FOR TREATING EREC-
TILE DYSFUNCTION, IN CLASS 5 (U.S. CLS. 6,
18, 44, 46, 51 AND 52).

FIRST  USE  4-6-1998;  IN  COMMERCE
4-6-1998.

SN 75-089,201, FILED 4-12-1996.

BALDEV SARAI, EXAMINING ATTORNEY

B

B77414

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**August 05, 2002**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,593,407* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 16, 2002*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*E. Bornett*

E.  BORNETT
**Certifying Officer**

U.S. Cls.: 6, 18, 44, 46, 51 and 52

United States Patent and Trademark Office

Reg. No. 2,593,407

Registered July 16, 2002

## TRADEMARK
## PRINCIPAL REGISTER



PFIZER INC. (DELAWARE CORPORATION)
235 EAST 42ND STREET
NEW YORK, NY 10017

FOR: PHARMACEUTICAL PREPARATION FOR THE TREATMENT OF SEXUAL DYSFUNCTION, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 4-6-1998; IN COMMERCE 4-6-1998.

THE DRAWING IS LINED FOR THE COLOR BLUE.

THE MARK CONSISTS IN PART OF THE CONFIGURATION OF THE GOODS CONSISTING OF A DIAMOND-SHAPED DOSAGE TABLET, COMBINED WITH THE COLOR BLUE AS APPLIED TO THE ENTIRE SURFACE OF THE GOODS.

SEC. 2(F).

SER. NO. 75-726,287, FILED 6-10-1999.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

C

RECYCLED

Home | Contact us | Resources



| ALL MEDICATION | ABOUT US | TESTIMONIALS | FAQ'S |

**Antibiotic**
· Cipro

**Anti Depressant**
· Celexa
· Effexor
· Paxil
· Prozac
· Zoloft

**Anxiety**
· Buspar
· Valium
· Xanax

**Blood Pressure**
· Altace
· Avapro
· Cozaar
· Norvasc

**Bone and Joint**
· Fosamax

**Cholesterol**
· Lipitor

**Diabetes**
· Glucophage

**Headache**
· Imitrex

**Herpes**
· Neurontin

**Men's Health**
· Propecia

**Muscle Relaxant**
· Soma

**Pain Relief**
· Bextra
· Celebrex

CLICK HERE TO LEARN MORE

**Start here!** Save on Meds in 2 Simple Steps!

Get the medication you need at incredible discounts. Choose it yourself and save big on Doctor visits and Retail prices, in just 2 simple steps! What condition are you seeking treatment for?

1   **What condition are you seeking treatment for?**    Choose one...   ▼

2   Proceed »

Most Popular Products

**Xanax $ 149.00**
Treat depression.
BUY NOW

**Valium $ 169.00**
Treat depression.
BUY NOW

**Ambien $ 199.00**
Sleeping aid.
BUY NOW

**Viagra $ 159.00**
Treats erection difficulties.
BUY NOW

**Soma $ 120.00**
Muscle relaxant.
BUY NOW

**Cialis $ 189.00**
Cialis
BUY NOW

**Sexual Health**

· Cialis
· Viagra

**Sleep Aid**

· Ambien

**Smoking**

· Zyban

**Upset Stomach**

· Nexium
· Prevacid

**Weight Loss**

· Meridia




© Copyright 2004 CanadianPharmacy. All Rights Reserved.
Privacy Statement • Terms and Conditions

Home | Contact us | Resources

| | ALL MEDICATION | ABOUT US | TESTIMONIALS | FAQ'S |

**Antibiotic**
· Cipro

**Anti Depressant**
· Celexa
· Effexor
· Paxil
· Prozac
· Zoloft

**Anxiety**
· Buspar
· Valium
· Xanax

**Blood Pressure**
· Altace
· Avapro
· Cozaar
· Norvasc

**Bone and Joint**
· Fosamax

**Cholesterol**
· Lipitor

**Diabetes**
· Glucophage

**Headache**
· Imitrex

**Herpes**
· Neurontin

**Men's Health**
· Propecia

**Muscle Relaxant**
· Soma

**Pain Relief**
· Bextra
· Celebrex

**Viagra** - Treats erection difficulties.

Uses | Instructions | Side Effects | Precautions | Interactions | Missed Dosage | Storage

| Medication | Qt. | Reg. Price | Our Price | You Save | Shipping | |
|---|---|---|---|---|---|---|
| Viagra 100mg. | 20 C | $ 275.00 | $ 159.00 | $ 116.00 | $ 20.00 | BUY NOW |
| Viagra 100mg. | 40 C | $ 437.00 | $ 239.00 | $ 198.00 | $ 20.00 | BUY NOW |
| Viagra 100mg. | 90 C | $ 1027.00 | $ 389.00 | $ 638.00 | Free | BUY NOW |

### Uses

Viagra (generic name Sildenafil Citrate) is a phosphodiesterase inhibitor used to treat sexual function problems such as impotence or erectile dysfunction. In combination with sexual stimulation, this medicine works by helping the blood flow into the penis to achieve and maintain an erection. This medicine is not intended for use in women or children.

### How to Take this Medication

Take Viagra by mouth as needed between four hours and one-half hour before sexual activity (about 1 hour before is most effective); or take as directed by your doctor. Do not take Viagra more often than once daily as needed. A high fat meal may delay the time of onset of this medicine. Avoid eating grapefruit or drinking grapefruit juice while being treated with this medicine unless your doctor instructs you otherwise.

### Side Effects

Side effects that may occur while taking this medicine include headache, flushing, stomach upset, heartburn, nasal stuffiness, diarrhea, dizziness, or lightheadedness. Vision changes such as increased sensitivity to light, blurred vision, or impaired blue/green color discrimination may also occur. If these continue or are bothersome, check with your doctor or pharmacist. Sexual activity may put extra strain on your heart, especially if you have heart problems, If you have heart problems and experience any serious side effects while having sex, stop having sex and tell your doctor immediately.

### Precautions

**Sexual Health**
· Cialis
· Viagra

**Sleep Aid**
· Ambien

**Smoking**
· Zyban

**Upset Stomach**
· Nexium
· Prevacid

**Weight Loss**
· Meridia

Do not take Viagra if you have had an allergic reaction to it in the past or to any other ingredient that is found in it. Viagra may cause dizziness or vision changes. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine.

### Drug Interactions

Do not take Viagra if you are also taking or using nitroglycerin, (e.g., tablet, patch, or ointment dose forms) or other nitrates (e.g., isosorbide), nitroprusside (or any "nitric oxide donor" medicine), or recreational drugs called "poppers" containing amyl or butyl nitrate because very serious interactions may occur. Additional monitoring of your dose or condition may be needed if you are taking other medicines for impotence, azole antifungals (e.g., itraconazole, ketoconazole), cimetidine, erythromycin, mibefradil, rifamycins (e.g., rifampin), high blood pressure medicines, or delavirdine. If you are taking an HIV protease inhibitor (e.g., ritonavir, saquinavir), do not take more than a 25 mg dose of sildenafil in a 48-hour period.

### Storage

Keep Viagra away from children. Store Viagra at room temperature, 77 degrees F (25 degrees C) in a tightly-closed container, keep it away from heat, moisture, and light. Brief storage between 59 and 86 degrees F (15 and 30 degrees C) is permitted.

**Click here and get (Medication Name) now**

 

© Copyright 2004 CanadianPharmacy. All Rights Reserved.
Privacy Statement • Terms and Conditions

Canadian Pharmacy - save big on medicine with canadian medication    Page 1 of 2

**ALL MEDICATION**   ABOUT US   TESTIMONIALS   FAQ'S



Order now

Quick and easy,
**order safely online.**

**Thank you for shopping and saving with CanadianPharmacy!**

Please fill out your order below – all information you submit is transferred over a Secure 128bit Server and will never be used in any other way than to complete and send out your order.

Your privacy is completely guaranteed. We send out your order discreetly wrapped, without labels or packaging indicating the contents.

Complete the order process and receive 4 pills of Cialis, the "Weekend Viagra" that works on you or your partner for days instead of hours – completely FREE of charge!

| Product Name | | Price |
|---|---|---|
| **Viagra 100mg x 20 pills** | | **$159.00** |
| Shipping and Handling | | **$20.00** |
| | **Total:** | **$179.00** |

**Add more products to this order**

Not Selected ▾

Not Selected ▾

Not Selected ▾

**Billing Information**

**Your Name:**
**(First/Last)**

**Address:**

**City:**

**State** - For United States - ▾

**Zip:**

**Country:**

United States [▾]

**Telephone Number:** [                    ]

**Email Address:** [                    ]

**Credit Card Information**

**Card Type:** MasterCard [▾]

**Credit Card Number:** [                    ]

**Security Code:**   INFO about Security Code   ←

**Expiry:** Month [▾] / Year [▾]

**Shipping Information** ☐ same as the billing information

**Name: (First/Last)** [          ] [          ]

**Address:** [                    ]

**City:** [                    ]

**State** - For United States - [▾]

**Zip:** [                    ]

**Country:** United States [▾]

**Telephone Number:** [                    ]

**Help Desk Information** *

**Access Password:** [                    ]

*Leave that field empty if want your password to be automatically generated.

[ Submit Order ]

**Please click on the submit button once to avoid duplicate charges.
Allow up to 3 minutes for order confirmation.**




© Copyright 2004 CanadianPharmacy. All Rights Reserved.
Privacy Statement • Terms and Conditions

Canadian Pharmacy - save big on medicine with canadian medication

| ALL MEDICATION | **ABOUT US** | TESTIMONIALS | FAQ'S |

**Antibiotic**
· Cipro

**Anti Depressant**
· Celexa
· Effexor
· Paxil
· Prozac
· Zoloft

**Anxiety**
· Buspar
· Valium
· Xanax

**Blood Pressure**
· Altace
· Avapro
· Cozaar
· Norvasc

**Bone and Joint**
· Fosamax

**Cholesterol**
· Lipitor

**Diabetes**
· Glucophage

**Headache**
· Imitrex

**Herpes**
· Neurontin

**Men's Health**
· Propecia

**Muscle Relaxant**
· Soma

**Pain Relief**
· Bextra
· Celebrex

You need medication
**you can trust.**

About Us

## "How we Save You 20% or more on Reliable Medication?"

If you need high quality medication and would love to save on outrageous retail pricing, then CanadianPharmacy is for you. Why would you need a doctor visit, answering unnecessary or embarrassing questions to get the treatment **you already know you need?**

**You don't** – and shopping online saves you from this formality that ends up costing you a **lot of money.** However, you should know that our online shop is never a substitute for a doctor consultation, if you're not sure what medication you need, consult a physician first.

But if you already know what you need, **why pay more?** Shopping with CanadianPharmacy allows you to get high quality medication and save money on retail, without compromising your health and safety. That's a kind of trust and reliability that few other online pharmacies can match – if any at all.

Would you trust your health with a shady offshore company to save a couple of extra bucks? Of course not, but thousands just like you are doing exactly that.

CanadianPharmacy allows you to **safely** shop at incredible discounts – we don't pay retail thanks to our distributors, and neither should you. Combined with the cheaper Canadian Currency, this means you save big – really big – on medication.

And best of all, your order reaches you in just 5 to 7 business days, instead of waiting weeks for your Doctor appointment and prescription.

## Big Savings without Big Risks

Finally, you have access to the medication you need without being cheated out of your money by the Pharmaceutical industry's artificial high pricing. Be smart and use the Internet's competitive edge to get a great deal on medication from a trusted pharmacy close to home.

If you'd like to know more before you place an order, you can talk to us directly. Simply

**Sexual Health**
· Cialis
· Viagra

**Sleep Aid**
· Ambien

**Smoking**
· Zyban

**Upset Stomach**
· Nexium
· Prevacid

**Weight Loss**
· Meridia

click here and one of our friendly customer service agents will call you to answer your questions and concerns. If you'd like to educate yourself on the kinds of medications available, browse through our site or have a look at our Resources section to learn more in specific fields of interest.

*"I am feeling great and losing inches thanks to meridia – and I can't believe how much this is saving me compared to what I spent when I bought my first bottle retail. Thanks"*
*Walter G.,v Baron, Wi*

Most Popular Products


**Xanax $ 149.00**
Treat depression.



**Valium $ 169.00**
Treat depression.



**Ambien $ 199.00**
Sleeping aid.



**Viagra $ 159.00**
Treats erection difficulties.



**Soma $ 120.00**
Muscle relaxant.



**Cialis $ 189.00**
Cialis


 

© Copyright 2004 CanadianPharmacy. All Rights Reserved.
Privacy Statement · Terms and Conditions

Home | Contact us | Resources

| ALL MEDICATION | ABOUT US | TESTIMONIALS | FAQ'S |

Antibiotic
· Cipro

Anti Depressant
· Celexa
· Effexor
· Paxil
· Prozac
· Zoloft

Anxiety
· Buspar
· Valium
· Xanax

Blood Pressure
· Altace
· Avapro
· Cozaar
· Norvasc

Bone and Joint
· Fosamax

Cholesterol
· Lipitor

Diabetes
· Glucophage

Headache
· Imitrex

Herpes
· Neurontin

Men's Health
· Propecia

Muscle Relaxant
· Soma

Pain Relief
· Bextra
· Celebrex

It's living your life
**to the fullest.**

Testimonials

*"Thanks for your prompt, professional service – I received the medications even faster than I did going to the doctor and getting a prescription!"*
**Jenny C. Walnut, CA**

*"Great pricing and great service. I'll be back."*
**Mira K. Anaheim, Ca**

*"Meridia has helped me get down to my target weight better than anything else. All I needed was something cheaper than I was paying…"*
**Debra W. New Jersey**

*"I have used Meridia now for three weeks and the weight is coming off"*
**Brenda V. Orlando, Fl**

*"I am feeling great and losing inches thanks to meridia – and I can't believe how much this is saving me compared to what I spent when I bought my first bottle retail. Thanks"*
**Walter G.,v Baron, Wi**

*"Thanks for the fast delivery of my Viagra order."*
**K.G. Dayton, Ohio**

*"I already knew I needed Viagra, I had used it a couple of times and loved it. But it was a financial drain. I'm so glad to have found a way around the ridiculous pricing of large pharmaceutical companies through the Internet"*
**E.W. Southbend**

*"Professional and discreet. Good job"*
**E.R. Arlington**

*"I feel 20 years younger - I no longer have any problems with ED and feel like I took back control of my life. Thanks for helping me make this decision, I'm so happy I did."*
**C.B. Greendale, Florida**

**Sexual Health**
- Cialis
- Viagra

**Sleep Aid**
- Ambien

**Smoking**
- Zyban

**Upset Stomach**
- Nexium
- Prevacid

**Weight Loss**
- Meridia




© Copyright 2004 CanadianPharmacy. All Rights Reserved.
Privacy Statement • Terms and Conditions