IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC, a Delaware Corporation, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Case No. 05-CV-1964 (NRB/KNF) ) |
| ASHOK AGARWAL and JOHN DOES 1-10 d/b/a CANADIANPHARMACY, | ) **APPLICATION FOR** ) **JUDGMENT BY DEFAULT** ) ) |
| Defendants. | ) ) |

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 55.2(b), Pfizer Inc applies to this Court for Judgment by Default. As required by Local Rule 55.2(b), attached hereto are: Exhibit A, an Executed Clerk's Certificate; Exhibit B, a copy of the Summons, Affidavit of Service, Civil Cover Sheet and Amended Complaint; and Exhibit C, the Proposed Form of Judgment for injunctive relief against Ashok Agarwal ("Agarwal") d/b/a CANADIANPHARMACY.

Pfizer respectfully requests that this Court enter Judgment by Default in a form substantially similar to that attached to this Application.

Dated: New York, New York
February 16, 2006

_____
Nels T. Lippert (NL-2581)
Dyan Finguerra-DuCharme (DF-9228)
Caren K. Khoo (CK-2972)
WILMER CUTLER PICKERING
  HALE and DORR LLP
399 Park Avenue
New York, New York  10022
Tel. 212-230-8800
Fax. 212-230-8888

Attorneys for Plaintiff Pfizer Inc