IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/06

PFIZER INC, a Delaware Corporation,   )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )   Case No. 05-CV-1964 (NRB/KNF)
                                      )
ASHOK AGARWAL and JOHN DOES 1-10      )   **DEFAULT JUDGMENT**
d/b/a CANADIANPHARMACY,               )
                                      )
                    Defendants.       )
                                      )

This action having been commenced on February 9, 2005, by the filing of the Complaint, and a copy of the Summons and Amended Complaint having been served upon the Defendant, Ashok Agarwal, on September 21, 2005, and an Affidavit of Service having been filed on October 4, 2005, and the Defendant not having answered the Complaint, it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiff Pfizer Inc ("Pfizer") have judgment entered against the Defendant, permanently enjoining and restraining Defendant and his respective partners, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant from:

1. Using the designation "VIAGRA," or any other mark, term or title confusingly similar to Pfizer's VIAGRA® trademark, in connection with the marketing, sale, offering for sale, advertisement or promotion (including on the Internet) of pharmaceutical, medical, or healthcare products;

2. Using the blue, diamond-shaped tablet trademark, or any other mark, term or design confusingly similar to Pfizer's blue, diamond-shaped tablet trademark, in connection with

the marketing, sale, offering for sale, advertisement, or promotion (including on the Internet) of pharmaceutical, medical, or healthcare products;

3. Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake or to deceive purchasers into believing that Defendant's products originate with or are the products of Pfizer or that there is any affiliation or connection between Pfizer and its products and Defendant or Defendant's products, and from otherwise competing unfairly with Pfizer;

4. Falsely claiming or otherwise implying that any product Defendant sells is the same as, equivalent to, as effective as, a substitute for, or a replacement for Pfizer's VIAGRA® brand sildenafil citrate

5. Using any mark in a manner so as to cause the dilution of the distinctive quality of Pfizer's VIAGRA® trademark; and

6. Registering or using any Internet domain name that uses the VIAGRA® mark, or any colorable imitation thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

7. Defendant, at Defendant's own expense, recall all products and marketing, promotional and advertising materials and deactivate any websites that bear or incorporate the VIAGRA® mark, the blue, diamond-shaped tablet mark, or any mark confusingly similar to Pfizer's trademarks, which have been manufactured, distributed, sold or shipped by Defendant, and to reimburse all customers from which said materials are recalled. '

8. Defendant delivers to Pfizer's attorneys or representatives for destruction all products, labels, signs, prints, packages, molds, plates, dies, wrappers, receptacles and advertisements in Defendant's possession or under Defendant's control, bearing the VIAGRA® mark, the blue, diamond-shaped tablet trademark, or any simulation, reproduction, copy or

colorable imitation of Pfizer's trademarks, and all plates, molds, matrices and any other means of making the same.

Dated: March 2, 2006

ENTERED:

_____
Honorable Naomi Reice Buchwald
United States District Judge

3